## UNITED STATES *versus* CAPTAIN JOHN MOUNTFORT, JOSHUA WOODS, JESSE COSMOR AND SINGLETON JAMES

JOURNAL ENTRIES (1822): *Journal 3:* (1) Mountfort discharged from custody, appearance in proper person permitted *p. 304; (2) plea, jury impaneled *p. 315; (3) witnesses sworn *p. 315; (4) motion to arrest testimony from jury *p. 315; (5) witnesses sworn *p. 315; (6) constable sworn to attend jury *p. 315; (7) verdict *p. 315; (8) motion in arrest and to set aside verdict *p. 326; (9) sentence *p. 377.
PAPERS IN FILE: (1) Indictment; (2) capias sur indictment; (3–6) subpoenas; (7) panel of jurors; (8) motion to arrest testimony from jury; (9) motion in arrest of judgment.